IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE HOGAN,

    Petitioner,                 JUDGMENT IN A CIVIL CASE

v.                             Case No. 16-cv-130-wmc

DEBORAH McCULLOCH, Director,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Willie Hogan's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 5/25/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |